**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7695

WILLIAM PARKER,

Petitioner - Appellant,

versus

B. A. BLEDSOE, Warden, Federal Correctional
Institution, Morgantown,

Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. William M. Kidd, Senior District Judge. (CA-98-144-1)

Submitted: March 11, 1999                Decided: March 18, 1999

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Parker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Parker appeals the district court's order dismissing without prejudice his 28 U.S.C.A. § 2241 (West 1994 & Supp. 1998) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Parker v. Bledsoe</u>, No. CA-98-144-1 (N.D.W. Va. Oct. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2